UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BROGAN WYANT,

        Plaintiff,

v.

LARRY LEVIN, et al.,

        Defendants.

Case No.: 2:19-cv-201-APG-PAL

**ORDER DENYING MOTION FOR ENTRY OF CLERK'S DEFAULT**

[ECF No. 10]

    Brogan Wyant moves for entry of default against defendants Victor Finnegan and American Expediting Company. ECF No. 10. Based on the affidavits of service filed by Ms. Wyant (ECF Nos. 6, 7), it does not appear that those defendants were properly served under Federal Rule of Civil Procedure 4 or Nevada Rule of Civil Procedure 4. I am not aware of the service requirements under Pennsylvania law. And the motion does not provide sufficient facts or legal arguments to justify entry of default. Therefore, Ms. Wyant's motion for entry of default **(ECF No. 10) is denied without prejudice**. If Ms. Wyant wishes to again seek entry of default, she may file a new motion, but must include in it the legal and factual justifications for default.

    Dated: March 7, 2019.

                                                  _____
                                                  ANDREW P. GORDON
                                                  UNITED STATES DISTRICT JUDGE