# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BROGAN WYANT,

    Plaintiff(s),

v.

LARRY LEVIN, *et al.*,

    Defendant(s).

Case No.: 2:19-cv-00201-APG-VCF

**Order**

Pending before the Court is Defendants' request for an exemption to the Early Neutral Evaluation currently set for May 14, 2019. Docket No. 18. A response shall be filed no later than April 24, 2019, and any reply shall be filed no later than April 25, 2019.

IT IS SO ORDERED.

Dated: April 22, 2019

Nancy J. Koppe
United States Magistrate Judge