UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BROGAN WYANT,

    Plaintiff(s),

v.

LARRY LEVIN, *et al.*,

    Defendant(s).

Case No.: 2:19-cv-00201-APG-VCF

**Order**

Pending before the Court is Defendants' request for an exemption to the Early Neutral Evaluation ("ENE") currently set for May 14, 2019. Docket No. 18. On April 22, 2019, the Court ordered Plaintiff to file a response no later than April 24, 2019. Docket No. 19. To date, no response has been filed. *See* Docket. Accordingly, the motion may be granted as unopposed. *See* Local Rule 7-2(d).

In light of the above, the Court **GRANTS** Defendants' motion. Docket No. 18. The Court hereby **VACATES** the ENE, which was set for May 14, 2019, at 9:30 a.m. This case returns to the normal litigation track. Once the issue of proper service has been resolved, the parties may file a stipulation to reschedule the ENE. Any such stipulation must include five dates on which all required participants are available to attend the ENE.

IT IS SO ORDERED.

Dated: April 29, 2019

                                                       Nancy J. Koppe
                                                       United States Magistrate Judge