# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROGAN WYANT,<br><br>　　　　Plaintiff<br><br>v.<br><br>LARRY LEVIN, et al.,<br><br>　　　　Defendants | Case No.: 2:19-cv-00201-APG-VCF<br><br>**Order Granting Motion to Quash Service of Process, Denying Motion to Dismiss, and Extending Time to Serve**<br><br>[ECF Nos. 12, 14] |

The defendants move to quash or dismiss for insufficient process and insufficient service of process. ECF Nos. 12, 14. As no summons has been issued in this case, and there is no evidence the defendants were served with a summons, I grant the motion to quash. *See* ECF Nos. 6, 7 (stating only document served was the complaint); Fed. R. Civ. P. 4(c)(1) ("A summons must be served with a copy of the complaint."). Whether to quash or dismiss lies within my discretion. *S.J. v. Issaquah Sch. Dist. No. 411*, 470 F.3d 1288, 1293 (9th Cir. 2006). In my discretion, I grant Wyant an extension under Federal Rule of Civil Procedure 4(m) to properly serve each defendant with the complaint, the errata to the complaint, and a summons. I therefore deny the motion to dismiss. Finally, the defendants request attorney's fees and costs because Wyant refused to cooperate with the defendants' offer to waive service. However, the defendants identify no legal basis for an award of fees, so I deny that request.

IT IS THEREFORE ORDERED that the defendants' motion to quash **(ECF No. 12) is GRANTED.**

IT IS FURTHER ORDERED that the time for plaintiff Brogan Wyant to properly serve each of the defendants with a summons and a copy of the complaint and errata to the complaint is extended to June 14, 2019.

IT IS FURTHER ORDERED that the defendants' motion to dismiss **(ECF No. 14) is DENIED**.

DATED this 3rd day of May, 2019.

                                                ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE