# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

BROGAN WYANT,

        Plaintiff,

vs.

AMERICAN EXPEDITING, STACY HOLLY, DONNA MULHERN, VICTOR FINNEGAN, LARRY LEVIN,

        Defendants.

2:19-cv-00201-APG-VCF

**ORDER**

Before the court is Defendant's Proposed Discovery Plan and Scheduling Order (ECF NO. 36).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant's Proposed Discovery Plan and Scheduling Order (ECF NO. 36) is scheduled for 10:00 AM, October 31, 2019, in Courtroom 3D.

IT IS FURTHER ORDERED that Brogan Wyant must attend the hearing on Defendant's Proposed Discovery Plan and Scheduling Order (ECF NO. 36) scheduled for 10:00 AM, October 31, 2019, in Courtroom 3D, Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

DATED this 25th day of September, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE