# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

BROGAN WYANT,

        Plaintiff,

vs.

AMERICAN EXPEDITING, STACY HOLLY, DONNA MULHERN, VICTOR FINNEGAN, LARRY LEVIN,

        Defendants.

2:19-cv-0-201-APG-VCF

**ORDER**

Before the court is the Notice of Voluntary Dismissal (ECF NO. 38).

Accordingly,

IT IS HEREBY ORDERED that the hearing scheduled for 10:00 AM, October 31, 2019, is VACATED.

IT IS FURTHER ORDERED that the proposed discovery plan and scheduling order (ECF NO. 36) is DENIED as MOOT.

DATED this 7th day of October, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE