UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROGAN WYANT,<br><br>　　　　Plaintiff<br><br>v.<br><br>LARRY LEVIN, et al.,<br><br>　　　　Defendants | Case No.: 2:19-cv-00201-APG-VCF<br><br>**Order Dismissing Case**<br><br>[ECF Nos. 28, 31] |

　　　　The defendants moved to dismiss. ECF Nos. 28, 31. Plaintiff Brogan Wyant's response did not address the fact that he has never served the individual defendants, despite receiving an extension of time to do so. On October 1, 2019, Wyant filed a notice of voluntary dismissal stating he "choose[s] to not pursue going forward in this case due to person reasons." ECF No. 38. Given these facts, I will grant the motion to dismiss.

　　　　I THEREFORE ORDER that the defendants' motion to dismiss **(ECF Nos. 28, 31) is GRANTED**. The clerk of court is instructed to close this case.

　　　　DATED this 7th day of October, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE